IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 17-977-GMS |
| | ) |
| FIRST PREMIER BANK, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 22nd day of Sept, 2017;

The plaintiff Azael Dythian Perales ("the plaintiff") who appears *pro se*, filed this action without paying the filing fee and sought leave to proceed *in forma pauperis*.

On July 25, 2017, the court denied the request and ordered the plaintiff either pay the filing fee in full within thirty days from the date of the order. (D.I. 7.) The plaintiff was warned that the case would be dismissed for failure to comply with the order. (*Id.*)

The time has lapsed and the plaintiff has not complied with the court's order.

IT IS ORDERED, that:

1. The motion for injunctive relief is **denied** as moot. (D.I. 6.)

2. The complaint is **dismissed** without prejudice.

3. The Clerk of Court is directed to **close** the case.

UNITED STATES DISTRICT JUDGE